December 23, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00170-CV

AUDIFAS PEREZ FLORES, Appellant

V.

JOSE ADAN GOMEZ AND JOSE ABRAHAM GOMEZ, Appellees

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 15, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Audifas Perez Flores.

We further order this decision certified below for observance.

Judgment Rendered December 23, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Per Curiam.